

ATTORNEYS AT LAW
50 TICE BOULEVARD
SUITE 250
WOODCLIFF LAKE, NJ  07677

TELEPHONE   201-474-7100
FACSIMILE    201-474-7101
www.cmlawfirm.com

CALIFORNIA
FLORIDA
GEORGIA
INDIANA
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON

WRITER'S DIRECT ACCESS
ccerullo@cmlawfirm.com

February 16, 2023

**VIA ECF**
Hon. Jose R. Almonte, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      **Re:**    **Crincoli v. Lyft, et al.**
             **Docket No.:  2:20-cv-03380-BRM-JRA**
             **Our File No.:  6159.00185**

Dear Judge Almonte:

      As you know, we represent Defendant, Lyft, Inc. ("Lyft"), in the above-referenced matter.

      Lyft is in receipt of Geico's letter submission, dated February 16, 2023 (ECF No. 83). Lyft respectfully requests leave to file a brief submission in response of no more than two pages to address the issues raised by Geico's arguments.

      Thank you for your courtesies and continued attention to this matter.

      Respectfully submitted,

      */s/ Christopher Cerullo*

      CHRISTOPHER CERULLO

CC:    Manuel J. Almeida, Jr., Esq.
         Sarabraj S. Thapar, Esq.